UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case No. 19-cv-06215-SVK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO SET ASIDE ENTRIES OF DEFAULT** |
| LEE M. TONG, et al., | Re: Dkt. No. 20 |
| Defendants. | |

On January 21, 2020, the parties filed a stipulation to set aside the entry of default for all Defendants pursuant to Fed. R. Civ. P. 60(b). Dkt. 20. The parties further stipulated that Defendants will file their responsive pleading(s) by January 24, 2020, and the parties will have until February 13, 2020 to conduct the joint site inspection as required by General Order 56. The parties request that all dates and deadlines based on the joint site inspection be recalculated based on the proposed February 13, 2020 joint site inspection deadline.

Accordingly, the Court **GRANTS** the stipulation and **ORDERS** the parties to complete the joint site inspection on or before **February 13, 2020**. All dates and deadlines based on the joint site inspection will be adjusted accordingly.

**SO ORDERED.**

Dated: January 22, 2020

SUSAN VAN KEULEN
United States Magistrate Judge